# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SWITCH, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SWITCH, INC., <br><br> Defendant. | Case No. 2:18-cv-00738-KJD-CWH <br><br> **ORDER** |

In reviewing the docket in this case, it has come to the court's attention that the parties have not filed a proposed discovery plan and scheduling order. Local Rule 26-1(a) requires that the "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order." Here, defendants filed a motion to dismiss the complaint (ECF No. 5) on May 24, 2018. To date, the parties have not filed a stipulated discovery plan and scheduling order.

IT IS THEREFORE ORDERED that by August 10, 2018, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: July 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE